# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID AUGUST KILLE, SR.,
              Appellant,
vs.
NEVADA BOARD OF PRISON
COMMISSIONERS; BRIAN
SANDOVAL; ADAM P. LAXALT;
BARBARA CEGAVSKE; DWIGHT
NEVEN; BRIAN WILLIAMS; DAVID
TRISTAN; JAMES DZURENDA; THE
STATE OF NEVADA DEPARTMENT
OF CORRECTIONS; THE STATE OF
NEVADA; JULIO CALDERIN;
MONIQUE HUBBARD-PICKETT;
RONDA LARSEN; PAUL BURCHAM;
NEVADA INDIAN COMMISSION; AND
SHERRY RUPERT, EXECUTIVE
DIRECTOR,
              Respondents.

No. 78557

FILED

MAY 22 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion to strike an opposition to a request for default. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. No statute or court rule permits an appeal from a district court order denying a motion to strike an opposition to a request for default. Accordingly, this court lacks jurisdiction over this appeal, *see Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d

19-22353

850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"), and

ORDERS this appeal DISMISSED.

_____, C.J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. William D. Kephart, District Judge
David August Kille, Sr.
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk